UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Martin Gilliam,

          CASE NUMBER: 14-12335
    Plaintiff,      HONORABLE VICTORIA A. ROBERTS
          MAGISTRATE JUDGE MORRIS

v.

Commissioner of Social Security,

    Defendant.
                               /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 17, 2015, Magistrate Judge Morris issued a Report and Recommendation [Doc.17], recommending that Defendant's Motion for Summary Judgment [Doc. 16] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 12] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                      /s/ Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: June 5, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 5, 2015.

S/Linda Vertriest
Deputy Clerk